8 So.2d 597

## Louis SPEARS v. STATE.

### 4 Div. 258.

Supreme Court of Alabama.

June 11, 1942.

E. C. Boswell, of Geneva, for petitioner.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Louis Spears for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that Court in the case of Spears v. State, 30 Ala.App. 508, 8 So.2d 596.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.